REID v. MAYOR, ETC., OF CITY OF NEW YORK et al.

(Supreme Court, General Term, First Department. January 13, 1893.)

APPEAL—CASE—JUDGMENT ROLL—INDEX.
    Where a case on appeal does not contain the judgment roll, or such an index as is required by Rule of Practice 42, the cause must be stricken from the calendar.

Appeal from circuit court, New York county.

Action by Mary Reid against the mayor, aldermen, and commonalty of the city of New York, and the city of Brooklyn, to recover for injuries sustained in alighting from a car on the New York and Brooklyn bridge. Judgment for plaintiff, from which, and an order denying a new trial, defendants appeal. Cause stricken from calendar.

Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.

William H. Clark, Corp. Counsel of City of New York, and Almet F. Jenks, Corp. Counsel of City of Brooklyn, (Theodore Connoly and Terence Farley, of counsel,) for appellants.

Chas. J. Patterson, for respondent.

PER CURIAM. This case having been submitted, upon taking up the same for the purposes of decision, it is found that in the papers no judgment roll has been printed, and the case contains no index such as is required by rule 42 of the rules of practice. The case must therefore be striken from the calendar.